IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**JESUS FRANCO ORNELAS,**

      **Plaintiff,**

vs.                                                   Civ No.    21-01031 SMV

**KILOLO KIJAKAZI,**
**Acting Commissioner of Social Security,**

      **Defendant.**

## ORDER ON UNOPPOSED MOTION TO EXCEED PAGE LIMITS

THIS MATTER coming before the Court upon Plaintiff's Unopposed Motion to Exceed Page Limits, it being stated that opposing counsel concurs in the granting of the Motion, and the Court having read the Motion and being fully advised of the premises,

IT IS THEREFORE ORDERED that Plaintiff may file a Reply in Support of his Motion to Remand that is no longer than fifteen (15) double-spaced pages.

_____
HONORABLE STEPHAN M. VIDMAR
UNITED STATES MAGISTRATE JUDGE

Submitted and Approved By:

*/s/ Katherine Hartung O'Neal*
Katherine Hartung O'Neal
kate.oneal01@michaelarmstronglaw.com
Michael Armstrong Law Office, LLC
Attorneys for Plaintiff
8809 Washington Street NE, Suite 125
Albuquerque, NM 87113
(505) 890-9056
(505) 266-5860 fax

Email Approval on August 18, 2022
Victoria Johnson
victoria.johnson@ssa.gov
Special Assistant United States Attorney