IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JESUS FRANCO ORNELAS,

    Plaintiff,

vs.                                                  No. 21-CV-1031-KRS

KILOLO KIJAKAZI, Acting Commissioner
of the Social Security Administration,

    Defendant.

## JUDGMENT

Having granted Plaintiff's Motion to Reverse and Remand for a Rehearing with Supporting Memorandum (Doc. 20) in an order entered concurrently herewith, in accordance with Federal Rule of Civil Procedure 58,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of Plaintiff.

_____
**KEVIN R. SWEAZEA**
**UNITED STATES MAGISTRATE JUDGE**